```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant United States Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 5

 6  Attorneys for Plaintiff
    United States of America
 7
```

 8                    IN THE UNITED STATES DISTRICT COURT

 9                        EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | CASE NO. 5:18.MJ-00002-JLT |
| 11              Plaintiff, | MOTION TO DISMISS COMPLAINT<br>[FED. R. CRIM. PROC. 48(a)] |
| 12         v. | |
| 13  JOHN BARRENA-JEREZ, | |
| 14              Defendant. | |

16    Comes now the United States, by and through its attorneys of record, MCGREGOR W. SCOTT,
17 United States Attorney, and LAUREL J. MONTOYA, Assistant U.S. Attorney, and request leave of the
18 Court to dismiss the Complaint in this case as to the above-named defendant in the interest of justice.
19 This request is made because the defendant is now in the custody of the United States Marshals Service
20 pending his return to the custody of the Bureau of Prisons.

21    Dated: January 14, 2019                    MCGREGOR W. SCOTT
                                                  United States Attorney
22

23                                         By:  /s/ LAUREL J. MONTOYA
                                                  LAUREL J. MONTOYA
24                                                Assistant United States Attorney

25  ///
26  ///
27  ///
28  ///

**ORDER**

IT IS SO ORDERED that the Complaint be dismissed as to defendant Barrena-Jerez.

DATED: Jan. 14, 2019

HON. ERICA P. GROSJEAN
UNITED STATES MAGISTRATE JUDGE